August 5, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE CALVIN T. POWELL

NO. 14-14-00325-CR

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.